FILED
RICHARD W. NAGEL
CLERK OF COURT

11/4/20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-cr-126 |
| Plaintiff, | JUDGE Walter H. Rice |
| vs. | INFORMATION |
| SHONETTE CHILDRESS, | 18 U. S. C. § 641 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Theft of Public Money)

From in or about May 2014, and continuing through in or about July 2020, in the Southern District of Ohio, the defendant, **SHONETTE CHILDRESS**, did knowingly and willfully embezzle, steal, purloin, and convert to her own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $66,399.20.

In violation of 18 U.S.C. § 641.

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

*[signature]*

TIMOTHY LANDRY (MA 669554)
SPECIAL ASSISTANT U.S. ATTORNEY